**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                    -against-               **MEMORANDUM OF
DECISION AND ORDER**
04CR0728

CATHY LEE,

                           Defendant.
-----------------------------------------------------------X

**APPEARANCES:**

**BENTON J. CAMPBELL, UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK**
610 Federal Plaza
Central Islip, NY 11722
       By:    Nicole Boeckmann, Assistant United States Attorney,

**JAMES C. NEVILLE, ESQ.**
Attorney for the Defendant
P.O. Box 1711
16 North Washington Street
Port Washington, NY 11050

**SPATT, District Judge.**

      The Government is ordered to show cause in writing on or before July 1, 2008 why the Court should not, pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10 (as amended effective March 3, 2008), file an amended judgment reducing the Defendant's term of imprisonment.

      James C. Neville, Esq., is hereby appointed pursuant to the Criminal Justice Act to represent the Defendant in this matter. Any response to the Government's

submission shall be filed on or July 15, 2008. Any reply shall be filed on or before July 22, 2008.

The United States Department of Probation is directed to obtain all records regarding the Defendant's behavior during her current term of incarceration and produce all such records to this Court on or before July 22, 2008.

So Ordered.

Dated: Central Islip, New York
June 16, 2008

_/s/ Arthur D. Spatt_
Arthur D. Spatt
United States District Judge
